IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH D. LESLIE, #156048, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:12cv420-TMH |
| | ) |
| WARDEN GARY HETZEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On July 25, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 8). Upon an independent review of the file in this case and upon consideration of the Recommendations of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation be and is hereby ADOPTED;

2. The plaintiff's claims be and are hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i-ii); and

3. This case be and is hereby DISMISSED with prejudice prior to service of process.

Done this the 31st day of August 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE